PD-0445-1
COURT OF CRIMINAL APPEAL
AUSTIN, TEXA
Transmitted 8/13/2015 11:49:39 AI
Accepted 8/13/2015 12:40:46 PI
ABEL ACOST.
ABEL ACOST.
CLER

## No. PD-0445-15

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### THE STATE OF TEXAS,
Appellant,

v.

### DAVID FREDERICK CARY,
Appellee.

On Appeal from the Court of Appeals, Fifth District of Texas at Dallas
Court of Appeals No. 05-13-01010-CR

## STATE'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME OF THREE DAYS TO FILE THE STATE'S BRIEF

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas | **\*JOSEPH P. CORCORAN**<br>Assistant Attorney General<br>Supervising Attorney<br>for Non-Capital Appeals |
| **CHARLES E. ROY**<br>First Assistant Attorney General | Criminal Appeals Division<br>State Bar No. 00793549 |
| **EDWARD L. MARSHALL**<br>Chief, Criminal Appeals Division | Joseph.Corcoran@TexasAttorneyGeneral.gov |
| **ADRIENNE McFARLAND**<br>Deputy Attorney General<br>for Criminal Justice | P. O. Box 12548, Capitol Station<br>Austin, Texas 78711<br>Telephone: (512) 936-1400<br>Facsimile: (512) 936-1280 |

**\*Lead Appellate Counsel**

## ATTORNEYS FOR THE STATE

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, the State of Texas and files this, the State's Unopposed Motion for an Extension of Time of **Three** Days to File the State's Brief, and respectfully shows the following:

I.

The State previously made an unopposed request for an extension of fourteen days to file its opening brief in this appeal, which the Court granted. Hence, the State's opening brief is presently due to be filed on or before Friday, August 14, 2015.

II.

The State humbly seeks a **three-day** extension to file its opening brief, extending the new deadline to **Monday, August 17, 2015**. This is the State's second, and final extension request. *The State will not seek a further extension of time to file its brief if this three (3) day request is granted.*

III.

As justification for this request, the undersigned attorney assures the Court that he has been diligently working on the State's brief since August 6, 2015 (including Sunday, August 9), while also continuing to

2

perform as the non-capital appellate supervisor for the Criminal Appeals Division of the Texas Attorney General. Unfortunately, given both the complexity of the record, and the importance of this appeal to the State (i.e., the court of appeals entered a judgment of *acquittal* on a legal sufficiency claim), the undersigned has been unable to complete the State's brief within the present timeframe. Finally, the Assistant Attorney General who will perform the mandatory internal pre-filing review of this brief will be unable to do so until the weekend of August 15 and 16, 2015.

## IV.

This request is not designed to harass Appellee, nor to unnecessarily delay these proceedings, but to ensure that the complex issues in this important appeal are properly addressed. The undersigned conferred with Appellee's counsel of record on August 13, 2015, who is *unopposed* to this motion.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests a **three (3)** day extension of time to file its brief up to and including **Monday, August 17, 2015.**

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

/s/ Joseph P. Corcoran

*Lead Counsel

JOSEPH P. CORCORAN*
Assistant Attorney General
Supervising Attorney
 for Non-Capital Appeals
Criminal Appeals Division
State Bar No. 00793549
Joseph.Corcoran@TexasAttorneyGeneral.gov

P.O. Box 12548, Capitol Station
Austin, Texas   78711-2548
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

ATTORNEYS FOR THE STATE

4

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Mr. John Helms prior to the filing of this motion, and he indicated that he did not oppose the extension.

/s/ Joseph P. Corcoran
JOSEPH P. CORCORAN
Assistant Attorney General

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure, I do hereby certify that if the email address of attorneys designated below is on file with the electronic filing manager, a true and correct copy of the foregoing notice was served electronically by that electronic filing manager, on the following attorneys via electronic mail:

John Michael Helms Jr.
Attorney for Appellant

Moreover, I do hereby certify that if the email addresses for the designated attorneys are not on file with the electronic filing manager, a true and correct copy of the foregoing pleading was served by email, addressed to:

John Michael Helms Jr.
john@johnhelmslaw.com

/s/ Joseph P. Corcoran
JOSEPH P. CORCORAN
Assistant Attorney General